**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>Adiba Mahroom, et al.,<br><br>  Defendants. | No. CV 07-0827-PHX-JAT<br><br>**ORDER** |

The parties to this lawsuit are also involved in an identical lawsuit now pending in the U.S. District Court for the Northern District of California. As this Court previously found in an order issued on May 3, 2007, the California litigation was filed before this case, and "all of the elements of the first-to-file rule are met in this case" [Doc. # 24 at 5]. This Court deferred to the Northern District of California "to decide the appropriate forum and whether an exception to the first-to-file rule applies" [*Id.* at 6]. Since then, that District Court has found that California is the appropriate forum for this suit and that "there is no evidence that [Defendants] are forum-shopping" [Doc. # 45, Ex. A at 9]. Accordingly, Defendants now move this Court to dismiss the present action under the first-to-file rule.

Plaintiff opposes this motion on two grounds. First, Plaintiff contends that the motion is untimely and should therefore be struck. The Court, however, has already addressed Defendants' failure to timely file an answer in this case at a status conference held on August

29, 2007, and was satisfied that the case could go forward. The Court, therefore, deems Defendants' motion to be timely.

Second, Plaintiff opposes this motion on the ground that dismissal will prejudice it in the pursuit of its claims. However, Plaintiff does not specify, and the Court cannot discern, how any prejudice could result. Plaintiff has conceded that all of the claims in this litigation could be brought as counterclaims in the California litigation [Doc. # 24 at 4]. And the statute of limitations poses no obstacle to Plaintiff's allegations of continuing trademark violations by Defendants.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. # 44) is granted. The Clerk of the Court shall enter judgment accordingly.[1]

DATED this 30th day of October, 2007.

James A. Teilborg
United States District Judge

---

[1] The Motion for Attorney's Fees (Doc. # 33) remains pending.